# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

E-filing

VENUE: SAN ~~FRANCISCO~~ Jose

FILED MAR 13 PH 12:50

---

UNITED STATES OF AMERICA,

V.

CR 08 0158  JW

NWADINAUME UBA

DEFENDANT(S).

---

## INDICTMENT

---

A true bill. INDICT

_____
Foreman

Filed in open court this 13 day of
March 2008.

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

KAREN L. HOM
Clerk

Bail, $ no bail arrest warrant

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 08 0158 |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATIONS: 26 U.S.C. § 7206(1) |
|  | ) (Filing False Tax Return) |
| NWADINAUME UBA, | ) (Three Counts) |
|  | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

**COUNT ONE:** (26 U.S.C. § 7206(1)) - (Filing False Tax Return)

On or about April 15, 2002, the defendant

NWADINAUME UBA

did willfully and knowingly make and subscribe a U.S. Individual Income Tax Return for the 2001 calendar year, which was filed with the Internal Revenue Service ("IRS") and verified by the defendant in a written declaration that it was made under the penalties of perjury, which income tax return she did not believe to be true and correct as to every material matter in that said defendant reported $1,105,167 in gross receipts, whereas, she then and there well knew and believed her gross receipts were substantially in excess of the amount reported in that year.

In violation of Title 26, United States Code, Section 7206(1).

///

Indictment                                    1

1 | **COUNT TWO:** (26 U.S.C. § 7206(1)) - (Filing False Tax Return)

2 | On or about April 15, 2003, the defendant

3 | NWADINAUME UBA

4 | did willfully and knowingly make and subscribe a U.S. Individual Income Tax Return for the

5 | 2002 calendar year, which was filed with the IRS and verified by the defendant in a written

6 | declaration that it was made under the penalties of perjury, which income tax return she did not

7 | believe to be true and correct as to every material matter in that said defendant reported $547,448

8 | in gross receipts, whereas, she then and there well knew and believed her gross receipts were

9 | substantially in excess of the amount reported in that year.

10 | In violation of Title 26, United States Code, Section 7206(1).

11 | **COUNT THREE:** (26 U.S.C. § 7206(1)) - (Filing False Tax Return)

12 | On or about April 15, 2004, the defendant

13 | NWADINAUME UBA

14 | did willfully and knowingly make and subscribe a U.S. Individual Income Tax Return for the

15 | 2003 calendar year, which was filed with the IRS and verified by the defendant in a written

16 | declaration that it was made under penalties of perjury, which income tax return she did not

17 | believe to be true and correct as to every material matter in that said defendant reported $155,686

18 | in gross receipts, whereas, she then and there well knew and believed her gross receipts were

19 | substantially in excess of the amount reported in that year.

20 | In violation of Title 26, United States Code, Section 7206(1).

21 | A True Bill

22 |

23 | _____
     FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____  2-13-08

BRIAN J. STRETCH
Chief, Criminal Section
Approved as to Form

_____
THOMAS MOORE, AUSA

Indictment                         2


Submit by Email

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

26 USC § 7206(1) - 3 counts — E-filing
Filing False Tax Returns

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
26 USC § 7206(1) - 3 yrs impris., $250,000 fine, 1 year superv. rel., $100 assessment

**DEFENDANT - U.S.**
NWADINAUME UBA

**DISTRICT COURT NUMBER**
08 0158 JW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): THOMAS MOORE, AUSA, CHIEF, TAX DIV.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No   If "Yes" give date filed: Month/Day/Year

DATE OF ARREST ▶  Month/Day/Year
Or... If Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: