UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

FILED
2008 APR 22 A 9 32
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

April 17, 2008

Clerk, U. S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, CA   95113

RE:    USA v. Nwadinaume UBA

   Your Case No: CR08-0158-JW-PVT
   Our Case No: 2:08-MJ-194-RJJ

Dear Clerk:

Enclosed please find certification of the complete file as of April 17, 2008 , in the above referenced case.

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court

   /s/ Karen Richardson
Magistrate Judge Support Clerk

Enclosures

**Receipt of certified copies in the above referenced case is hereby acknowledged this ___ day of _____, 2008.**

By:_____

\* A portion of these are in the sealed room.

UNITED STATES OF AMERICA
DISTRICT OF NEVADA, LAS VEGAS

## CERTIFICATE OF THE CLERK

I, Lance S. Wilson, Clerk of the United Stated District Court for the District of Nevada, do hereby certify that the accompanying documents listed in the attached docket sheet are original documents, or are true and correct copies of the original documents, filed in this Court and are the documents from which the docket entries have been made, and that they constitute the entire record herein:

CASE NUMBER: _2:08-mj-194-RJJ_

In witness whereof, I have hereunto set my hand and affixed the Seal of said District Court this _17th_ day of _April_, 2008.

LANCE S. WILSON,
CLERK OF THE COURT

By: _____
Karen Richardson, Deputy Clerk

CLOSED

# United States District Court
## District of Nevada (Las Vegas)
### CRIMINAL DOCKET FOR CASE #: 2:08-mj-00194-RJJ-RJJ All Defendants
### Internal Use Only

Case title: USA v. UBA
Other court case number: CR08-0158-JW-PVT Northern District of California, San Jose Division

Date Filed: 03/27/2008
Date Terminated: 04/17/2008

Assigned to: Magistrate Judge Robert J. Johnston
Referred to: Magistrate Judge Robert J. Johnston

**Defendant (1)**

**NWADINAUME UBA**
*TERMINATED: 04/17/2008*

represented by **Stephanie Kice**
Federal Public Defender
411 East Bonneville Avenue
Las Vegas, Ne 89101
702-388-6577
Fax: 702-388-5819
Email: ECF_NVCHU@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA     represented by   **Ray A. Gattinella**
U.S. Attorney's Office
333 Las Vegas Blvd So
Suite 5000
Las Vegas, NV 89101-
Email: ray.gattinella@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2008 | 1 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to NWADINAUME UBA held on 3/27/2008 before Magistrate Judge Robert J. Johnston. Crtrm Administrator: *J. Ries*; AUSA: *Ray Gattinella*; Def Counsel: *Stephanie Kice*; Court Reporter/FTR #: *3:48 - 4:01*; Time of Hearing: *3:00 p.m.*; Courtroom: *3D*; Defendant is present in custody. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Government moves for detention and government exhibits 1-6 are marked and admitted. The Court hears arguments of counsel. ORDERED that the defendant is DETAINED. Waiver of Identity Hearing filed. FURTHER ORDERED defendant identified as named defendant in indictment/complaint and is held to answer in the Northern District of California. The U.S. Marshal is to transport the defendant forthwith to the Northern District of California. Defendant is remanded to custody. Status Conference set for 4/10/2008 04:00 PM in LV Courtroom 3D before Magistrate Judge Robert J. Johnston. Rule 5 deadline set for 4/10/2008. **(no image attached)** (Copies have been distributed pursuant to the NEF - JAR) (Entered: 03/27/2008) |
| 03/27/2008 | 4 | Rule 5(c)(3) Documents Received as to NWADINAUME UBA. Documents received from the Northern District of California, San Jose Division, include the Indictment and the Arrest warrant. (KCR) (Entered: 03/31/2008) |
| 03/27/2008 | 5 | WAIVER of Rule 5(c)(3) Hearings by NWADINAUME UBA (KCR) (Entered: 03/31/2008) |
| 03/27/2008 | 6 | *SEALED* **SEALED FINANCIAL AFFIDAVIT** by NWADINAUME UBA. (KCR) (Entered: 03/31/2008) |
| 03/27/2008 | 7 | ORDER APPOINTING COUNSEL as to NWADINAUME UBA. FPD appointed as counsel for Defendant, subpoenas issued upon request with exception to out of state subpoenas which will require court approval. Signed by Magistrate Judge Robert J. Johnston on 3/27. (Copies have |

| | | |
|---|---|---|
| | | been distributed pursuant to the NEF - KCR) (Entered: 03/31/2008) |
| 03/28/2008 | 2 | ORDER OF DETENTION as to NWADINAUME UBA. Defendant shall be detained pending trial. Signed by Magistrate Judge Robert J. Johnston on 3/28/08. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 03/28/2008) |
| 03/28/2008 | 3 | COMMITMENT TO ANOTHER DISTRICT as to NWADINAUME UBA. Defendant committed to the Northern District of California, San Jose Division. Signed by Magistrate Judge Robert J. Johnston on 3/28/08. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 03/28/2008) |
| 03/31/2008 | | (Court only) ***Staff Notes: Government exhibits 1-6 sent with rule 5 paperwork to Northern District of California - San Jose Division (JAR) (Entered: 03/31/2008) |
| 03/31/2008 | 10 | *SEALED* **SEALED EXHIBITS 1 - 6** by USA in case as to NWADINAUME UBA (KCR) (Entered: 04/17/2008) |
| 04/07/2008 | 8 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Robert J. Johnston, as to NWADINAUME UBA on 4/7/2008. By Deputy Clerk: J. Ries. A verbal confirmation having been made with the U.S. Marshal, that the defendant has been transported out of the District of Nevada, IT IS ORDERED that the status check hearing set for 4/10/08 at 4:00 p.m., is hereby VACATED. **(no image attached)** (Copies have been distributed pursuant to the NEF - JAR) (Entered: 04/07/2008) |
| 04/07/2008 | | (Court only) **NON-PUBLIC** Terminated Deadlines/Hearings as to NWADINAUME UBA (JAR) (Entered: 04/07/2008) |
| 04/17/2008 | 9 | TRANSMITTAL of Rule 5c documents to the Northern District of California, in case as to Nwadinaume Uba (KCR) (Entered: 04/17/2008) |
| 04/17/2008 | | (Court only) **NON-PUBLIC** Terminated defendant NWADINAUME UBA, pending deadlines, and motions. Original 10 Exhibits transmitted to Northern District of California (KCR) (Entered: 04/17/2008) |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ NEVADA _____

UNITED STATES OF AMERICA

V.

Nwadinaume Upa

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: MJ-S- 2:08-mj-194-RJJ

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the __Northern__ District of __California__ alleging violation of __26:7206(1)__
(Title and Section)
and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

3/27/2008
Date

Defendant

Defense Counsel

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

            MAR 2 7 ...

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

_____ District of _____ NEVADA

| UNITED STATES OF AMERICA<br>V.<br>NWADINAUME UBA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | CR08 0158 JW PVT | 2:08-mj-00194-RJJ |  |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

     X Indictment    ☐ Information    X Complaint    ☐ Other (specify)

charging a violation of    26    U.S.C. §   7206(1)

**DISTRICT OF OFFENSE**

Northern District of California - San Jose Division

**DESCRIPTION OF CHARGES:**

Filing False Tax Return

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   X No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 28, 2008          _/s/ Robert J. Johnston_
Date                        Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA

v.

NWADINAUME UBA
_____
Defendant

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 2:08-mj-00194-RJJ

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I - Findings of Fact

____ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is
  ____ a crime of violence as defined in 18 U.S.C. §3156(a)(4).
  ____ an offense for which the maximum sentence is life imprisonment or death.
  ____ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  ____ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. §3142(f)(1)(A)-(C), or comparable state or local offenses.

____ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
____ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding (1).
____ (4) Finding Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

____ (1) There is probable cause to believe that the defendant has committed an offense
  ____ for which a maximum term of imprisonment of ten years or more is prescribed in _____.
  ____ under 18 U.S.C. §924(c).
____ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

**X** (1) There is a serious risk that the defendant will not appear.
____ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The Court finds by a clear preponderance of the evidence that the defendant is a risk of flight based upon the nature of the charges in this case.

## Part II - Written Statement of Reasons for Detention

The Court finds that the credible testimony and information submitted at the hearing established by clear and convincing evidence that the defendant is a danger to the community and by a preponderance of the evidence that the defendant is a risk of flight and no condition or combination of conditions will reasonably assure his appearance as required.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: __March 28, 2008__

_____
Signature of Judicial Officer

ROBERT J. JOHNSTON, U.S. Magistrate Judge
Name and Title of Judicial Officer

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955 a).

Det-ord2.wpd