UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 5/19/2008
**Case No.:** CR-08-0158 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Jana Ridenour
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Nwadinaume Uba (NC)

**Attorney(s) for Plaintiff(s):** Susan Knight for Tom Newman
**Attorney(s) for Defendant(s):** Nick Humy

## PROCEEDINGS

Status/Trial Setting Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The Court continued this to August 25, 2008 at 1:30 PM for Further Status Hearing. Defense counsel made an oral motion to excuse the appearance of Defendant for the further status hearing. For the reasons stated on the record, the Court GRANTED the request. The Court excluded time from May 19, 2008 through August 25, 2008 to accommodate time for parties to disclosure and review discovery.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: