BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant Nwadinaume Uba

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0158 |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE BOND** |
| ) | **HEARING; [PROPOSED] ORDER** |
| vs. ) | |
| ) | |
| NWADINAUME UBA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the bond hearing date in the above-captioned matter, presently scheduled for Wednesday, June 25, 2008 at 1:30 p.m.., be continued to Thursday, July 3, 2008 at 9:30 a.m. The reason for the continuance is that the process of posting Ms. Uba's property is nearly complete, and the parties expect the papers to be filed with the clerk of Court within a week.

Dated: June 24, 2008                                                        /s/_____
                                                                           NICHOLAS P. HUMY
                                                                           Assistant Federal Public Defender


Dated: June 24, 2008                                                         /s/_____
                                                                           THOMAS MOORE
                                                                           Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, June 24, 2008 will be continued to July 3, 2008 at 9:30a.m.

IT IS SO ORDERED.

Dated: _____, 2008

                                                                _____
                                                                HOWARD R. LLOYD
                                                                United States District Judge