1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant Nwadinaume Uba

**E-FILED**

**RECEIVED**
JUN 25 2008

**FILED**
JUN 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-0158 |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE BOND HEARING; [PROPOSED] ORDER** |
| vs. | ) | |
| NWADINAUME UBA, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the bond hearing date in the above-captioned matter, presently scheduled for Wednesday, June 25, 2008 at 1:30 p.m.., be continued to Thursday, July 3, 2008 at 9:30 a.m. The reason for the continuance is that the process of posting Ms. Uba's property is nearly complete, and the parties expect the papers to be filed with the clerk of Court within a week.

Dated: June 24, 2008

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: June 24, 2008

_____/s/_____
THOMAS MOORE
Assistant United States Attorney

STIPULATION TO CONTINUE BOND
HEARING; [PROPOSED] ORDER
No. CR-08-0158                                   1

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, June 24, 2008 will be continued to July 3, 2008 at 9:30a.m.

IT IS SO ORDERED.

Dated: __6/26__, 2008

_____
HOWARD R. LLOYD
United States District Judge

STIPULATION TO CONTINUE BOND
HEARING; [PROPOSED] ORDER
No. CR-08-0158                                    2