1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant Nwadinaume Uba

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0158-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **STATUS CONFERENCE; [PROPOSED]** |
| vs. | ) | **ORDER** |
| | ) | |
| NWADINAUME UBA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

16    Defendant and the government, through their respective counsel, hereby stipulate that,

17 subject to the court's approval, the status conference date in the above-captioned matter,

18 presently scheduled for Monday, August 25, 2008 at 1:30 p.m., be continued to Monday,

19 September 15, 2008 at 1:30 p.m.

20    Discovery has just been provided and the parties have begun negotiations to resolve the

21 matter. The defense needs the time for preparation and investigation and continuity of counsel.

22    The parties further agree and stipulate that time should be excluded from and including

23 August 25, 2008 through and including September 15, 2008, to provide counsel reasonable time

24 to prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A)

25 and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested

26 ///

**STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
NO. CR-08-0158-JW**                                1

1 exclusion of time will serve the interest of justice and outweigh the interest of the public and
2 defendant in a speedy trial.

4 Dated: August 7, 2008                                        /s/
                                                        NICHOLAS P. HUMY
5                                                       Assistant Federal Public Defender

7 Dated: August 7, 2008                                        /s/
                                                        THOMAS MOORE
8                                                       Assistant United States Attorney

## **ORDER**

12    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13 presently set for Monday, August 25, 2008 will be continued to Monday, September 15, 2008 at
14 1:30 p.m.

15    IT IS FURTHER ORDERED, that time should be excluded from and including August
16 25, 2008 through and including September 15, 2008, to provide counsel reasonable time to
17 prepare and for continuity of counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A)
18 and (B)(iv).

19    IT IS SO ORDERED.

21 Dated:                                          _____
                                                        HONORABLE JAMES WARE
22                                                      United States District Judge

STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
NO. CR-08-0158-JW                               2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**STIPULATION TO CONTINUE STATUS
CONFERENCE; [PROPOSED] ORDER
NO. CR-08-0158-JW**                              3