BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant Nwadinaume Uba

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0158 JW |
| Plaintiff, ) | **STIPULATION TO SCHEDULE** |
| ) | **HEARING; [PROPOSED] ORDER** |
| vs. ) | |
| NWADINAUME UBA, ) | |
| Defendant. ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the above captioned matter will be scheduled for hearing on Monday, March 16, 2009 at 1:30 p.m. The reason for this request is so defendant can enter a change of plea.

Dated: March 5, 2009        /s/
                            NICHOLAS P. HUMY
                            Assistant Federal Public Defender

Dated: March 5, 2009        /s/
                            THOMAS MOORE
                            Assistant United States Attorney

**STIPULATION TO SCHEDULE HEARING;
[PROPOSED] ORDER
No. CR-08-0158**                            1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>NWADINAUME UBA,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. CR-08-0158 JW<br><br>**STIPULATION TO SCHEDULE<br>HEARING; [PROPOSED] ORDER** |

### **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above captioned matter will be scheduled for hearing on Monday, March 16, 2009 at 1:30 p.m. The reason for this hearing is so defendant can enter a change of plea.

IT IS SO ORDERED.

Dated: _____March 6_____, 2009

                                                            _____<br>
                                                            JAMES WARE<br>
                                                            United States District Judge